**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLAY LEE JONES, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>    v.<br><br>MOSCOT.COM, LLC,<br><br>*Defendants.* | Case No. 25-cv-1843 (JPO) |

I, Alara Aktan, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age, and I have personal knowledge of the matters stated in this Declaration.

2.      I submit this Declaration in support of Moscot.com LLC's ("Moscot") Motion to Dismiss the Complaint in the above captioned case (the "Complaint"), alleging violations of the Americans with Disabilities Act ("ADA") and New York City Human Rights Law ("NYCHRL").

3.      I am the Director of E-Commerce at Moscot. In this role I oversee many aspects of Moscot's website, located at www.Moscot.com (the "Website"), including the accessibility of the Website to those with disabilities and compliance with the Web Content Accessibility Guidelines 2.2, Level A and AA ("WCAG"). In this capacity, I have personal knowledge of the matters set forth herein.

4.      In furtherance of this role, I have worked closely with Level Access for almost two years, since May 2023, to improve the accessibility of the Website.

5.      I understand Level Access to be a leading provider of digital accessibility services, used by many large household brands. Level Access boasts over 16,000 customers educated on WCAG's requirements. The research and advisory firm Forrester named Level Access a leader in

its first-ever Forrester Wave evaluation of digital accessibility platforms: Forrester Wave$^{TM}$: Digital Accessibility Platforms, Q4 2023. Level Access received the highest score in the current offering category.

6. Level Access publicly reports that it issues more than 600 VPATs annually. A VPAT, or Voluntary Product Accessibility Template, is a document that helps buyers understand how a product or service meets accessibility standards, particularly Section 508 of the Rehabilitation Act. It is essentially a self-disclosure statement from the vendor, detailing how their product conforms to accessibility requirements. Level access also has reviewed hundreds of demand letters and complaints relating to website accessibility claims. I have found them to be extremely knowledgeable and thorough at their jobs and have worked with them closely through every phase of Moscot's accessibility program.

7. In May 2023, Moscot contracted with Level Access to run periodic tests on Moscot's new website to help locate any areas of non-conformance with WCAG, to report any identified issues to Moscot, and to work with Moscot to remove any barriers to the accessibility of our Website, with the goal of improving the overall accessibility of our site. Attached as **Exhibit A** is the services agreement between Moscot and Level Access dated March 31, 2023, with a subscription start date of May 15, 2023.

8. As of December 4, 2024, Moscot had achieved a **97% monitoring score**—according to Level Access, some of the highest scoring among Level Access's e-commerce clients.

9. Level Access further stated that "Moscot's accessibility program has made **phenomenal strides**, earning praise from Level Access as one of their most consistent and committed clients."

10. Accessibility is an ongoing commitment, similar to privacy and security. As part

of Moscot's commitment to accessibility, Moscot is continually working with Level Access to test its Website and to enhance its accessibility. We also push our vendors, such as Shopify and Yotpo, to improve the accessibility of their plugins, over which we have no direct control.

11.    Level Access closed a recent email to me with the following statement: "**\*\*\*BE VERY PROUD OF THE FANTASTIC WORK YOU ALL HAVE DONE!!\*\*\*"** I mention this and the above statements because we all at Moscot took this to heart and genuinely believe that we have made "phenomenal strides" in our accessibility program, that we are among one of Level Access's "most consistent and committed clients," and that we have done fantastic work in this regard. In short, we believe that we have, through our commitment to accessibility for all, delivered on the promise to make our Website accessible.  It is utterly deflating and demoralizing to put the type of company-wide effort that we have into accessibility, and yet find ourselves on the receiving end of a cookie-cutter, copy-and-paste Website accessibility Complaint.

12.    I understand that the Plaintiff in our case filed five almost identical complaints on the same date that he sued Moscot, and that he has filed at least 25 similar complaints in the past 9 months. In his Complaint against Moscot, he does not explain why he chose Gelt$^{TM}$ sunglasses, why it was important that he buy those sunglasses from Moscot, whether he ever made another attempt to purchase the desired sunglasses, whether he tried to buy any other sunglasses from Moscot, or whether he bought another pair of sunglasses from another brand in the intervening months between his alleged attempt to buy Gelt$^{TM}$ sunglasses on our Website in June 2024 and the date of the filing of the Complaint.

13.    I checked our records, and there is no evidence of a person having the Plaintiff's name ever having received an eye exam at a Moscot location, or having ever purchased glasses or sunglasses from Moscot. There is no record of him ever having called a Moscot store and

requesting to buy Gelt<sup>TM</sup> sunglasses, or any other eyewear products.

14.     In March 2025, Moscot was served with the Complaint. The Complaint broadly alleges that the Website is not accessible to blind and visually impaired users who utilize screen readers to access the Internet. This was based on a single alleged attempt to purchase a pair of a pair of Moscot® Gelt<sup>TM</sup> sunglasses in June 2024. The Complaint further alleges that the Website violates the ADA and NYCHRL and that these violations prevent Plaintiff, a visually impaired individual, from fully utilizing the Website, and ultimately, of purchasing the sunglasses.

15.     I personally reviewed the Complaint and asked Level Access to evaluate its claims. Level Access ran manual and automated tests to see if it could locate or validate the accessibility barriers alleged in the Complaint. Since receiving the Complaint, it has been a top priority for Moscot to make sure the issues alleged are not actual accessibility barriers on the Website and to correct any issues if they exist.

16.     To begin, Level Access, after running various tests using the same screen reader and operating system claimed to be used by the Plaintiff, reported that ***there were no accessibility barriers preventing them or any visually impaired user from purchasing the Gelt<sup>TM</sup> Sun sunglasses***. Attached as **Exhibit B** is the Level Access Claims Evaluation Report dated March 14, 2025 showing the results of their tests on the accessibility of the Website.

17.     The report further found that the vast majority of the allegations in the Complaint were simply inaccurate, could not be duplicated, were not WCAG requirements, or were not in fact problems found on Moscot's Website. Attached as **Exhibit C** is the Level Access Claims Evaluation Report dated March 14, 2025 and updated on April 8, 2025, showing the updated results of their tests on the accessibility of the Website.

18.     While the majority of the Complaint's allegations were false, a single low severity

issue – which did not prevent a screen reader user from purchasing the desired product, was validated and remediated by our team. This is demonstrated in Level Access's reports. *See* **Exhibit A.**

19.     As of the date of this Declaration, I can confirm, based on reports prepared by Level Access, that:

    a.  A blind or visually impaired individual using a screen reader can purchase the sunglasses at issue;

    b.  When tested, no incorrectly formatted lists, unannounced pop ups, or events requiring performance with a mouse were encountered;

    c.  Testers found that product photos had relevant and accurate alternative text;

    d.  Testers found that upon landing on the main navigation, the controls announced themselves as expandable, so that pressing enter opened the submenu and the "Tab" key was able to traverse the contents;

    e.  Testers found that there is a play and pause button immediately following the "Next" button in the tab order. This button does allow the user to pause the rotating offers;

    f.  Generally, testers did not find any non-interactive elements marked as keyboard focusable.

20.     Therefore, the accessibility barriers alleged in the Complaint were either never issues, do not fall under WCAG guidelines, or have been resolved.

21.     Moscot is committed to working closely with its development team and Level Access on an ongoing basis to remain in compliance with WCAG guidelines, to ensure the Website continues to be accessible to all, including the blind and visually-impaired.

Executed on: April 30, 2025

       Harrison, New York

                                   Alara Aktan

6