DocuSign Envelope ID: 7D7E4699-6302-4AC2-95A1-DD769E892063



# Proposal Prepared for:

**MOSCOT**

## CONTENT:

Overview
Product Description
Deliverables
    Level AccessPlatform / System of Record
    Digital Accessibility Evaluations
    Accessibility Program Management and Remediation Support
    Legal Complaint Resolution Support
    Level Access's Icon & Assistive Technology
    Level Access Academy – Online Web Accessibility Self-Serve Training and Enablement
    Design Evaluations
    PDF Accessibility Checker
    Enterprise Single Sign-On
    VPATs
    PDF Remediation Plan
    Video Captioning and Transcription

## Overview

The description of Product provided below is applicable only to Level Access clients and is subject to the terms of any agreements between Level Access and any applicable client ("Client").



Level Access will license and support the use of Level Access's Accessibility Platform, interactive icon, and assistive technology application while providing web accessibility evaluations and remediation support services. This will ensure that Client's digital assets achieve and maintain a level of conformance with the Web Content Accessibility Guidelines (WCAG) 2.0/2.1. Unless otherwise defined, capitalized terms used in this Attachment A will have the meanings given to such terms in Level Access's standard Master Subscription Agreement Terms, located at: https://www.levelaccess.com/level-access-master-services-agreement-msa/#terms-US

## Product Description

Level Access is an enterprise-class digital accessibility program that helps organizations achieve and maintain digital regulatory conformance while enhancing the user experience for all, including those with disabilities. The program is delivered through a subscription offering that will provide Client with the key components required to initiate and maintain a comprehensive digital accessibility program.

To ensure Client's digital products, websites, and mobile apps, as described in the Order Form, comply with applicable laws and digital accessibility requirements,Level Access will provide the following foundational elements, which are further described in this Attachment:

> 01 Level Access Platform / System of Record
> 02 Digital Accessibility Evaluation
> 03 Accessibility Program Management and Remediation Support
> 04 Legal Complaint Resolution Support
> 05 Level Access Icon & Assistive Technology
> 06 Level Access Academy – Online Web Accessibility Self-Serve Training and Enablement
> 07 Design Evaluations

Optional Add-on features:

> 08 PDF Accessibility Checker



   09 Enterprise Single Sign-On
   10 VPAT
   11 PDF Remediation
   12 Video Captioning and Transcription

Only those features included in the Order Form will be available to the Client.

## Deliverables

### 01 Level Access Platform / System of Record

Level Access will provide Client with enterprise access to the Level Access platform / System of Record, an all-in-one platform to manage Client's accessibility program. The platform seamlessly integrates with Client's product development lifecycle. The tool will allow Client to track and store pertinent information as it pertains to Client's evaluation reports, training records, performance scores, real-time results, which can be used as support for accessibility progress over time.

Core features include:

- **Portfolio:** Identify enterprise risk exposure and make effective program decisions using the Portfolio feature in the platform. Portfolio provides a holistic view of all important digital assets in one place. Clients can use Portfolio to monitor accessibility in real time and keep its team up to date on the latest developments.

- **Web accessibility monitoring:** Responding quickly to critical accessibility issues in live, web-based assets is a key strategy to reduce risk and improve user experience. Level Access's platform proactively monitors web-based assets to automatically identify issues as early as possible based on desired WCAG version and conformance level (as updates are happening).

- **On-demand automated accessibility testing:** Perform an automated accessibility evaluation on one or more pages by using Level Access's on-demand testing tool on sites with or without authentication. Customize on-demand tests based on desired WCAG version, conformance target and viewport size such as desktop or mobile.



- **Developer and tester tools:**
    - o **Automated accessibility testing libraries:** Level Access's comprehensive automated accessibility report gives users the ability to evaluate web-based accessibility issues against the latest WCAG guidelines with descriptions of the problem and recommendations for resolution.

    - o **On-Page Accessibility View**: The on-page view allows Clients to see exactly where an error is on a page. It will facilitate the understanding of the various error types and present recommendations for remediation.

    - o **CI / CD integration:**  Seamlessly integrate Level Access accessibility suite of tests into development pipelines and prevent critical accessibility issues from reaching production. Help developers and test engineers identify issues as they code and test.

- **Level Access Accessibility Checker:** The Level Access Accessibility Checker completes our all-in-one testing toolkit, enabling developers, testers, and auditors to scan web pages in all environments, including pre production and secured ones. Combined with the power of the Level Access platform, it provides a complete end-to-end digital accessibility solution.

- **Remediation tracking:** Store, track and aggregate all accessibility findings discovered during any automated or manual evaluation. View the status, recommendations and feedback from our testing teams for all issues (process integration and remediation).

- **Reports & Dashboards:** Accessibility progress can be monitored and tracked over time using custom dashboards.

- **Issue Tracking:** With issue tracking integrations, teams have tools to better manage and streamline remediation work on accessibility issues within the platform. Current integrations include Jira and Azure DevOps.

DocuSign Envelope ID: 7D7E4699-6302-4AC2-95A1-DD769E892063



## 02 Digital Accessibility Evaluation

Level Access will perform an accessibility evaluation of the digital assets defined in the Order Form.  Functional usability accessibility testing evaluates whether users are able to perceive, interact with and understand a website, mobile app (iOS and Android), or other digital assets.

Level Access's evaluations will take a modular approach to assessing the accessibility of a digital asset by developing scripted steps to accomplish core tasks (core user flows) undertaken by users with disabilities using multiple combinations of assistive technologies and browsers.  Accessibility experts will evaluate the user experience as per WCAG success criteria and recommend steps to enhance user interaction.

Automated and technical usability tests will be completed on the core user flows of the digital asset to establish if it conforms with WCAG technical standards. Users with disabilities will perform manual tests using a variety of assistive technologies such as NVDA, or when required JAWS, along with other manual methods, including keyboard-only usage, to determine if the overall user experience is accessible.

The Level Access testing team, which includes persons with disabilities, will deliver a written evaluation report which will include the following details:

- Identification of accessibility issues per WCAG 2.1 AA

- Code-level guidance and recommendations to make the digital asset conformant with WCAG 2.1 AA

- A prioritization of accessibility issues based on the level of impact to the user experience and the overall risk associated with the specific user flow as it pertains to the functionality of the digital asset

The variables above take into consideration the level of risk from a compliance perspective as it relates to the applicable legal mandate and technical requirements (i.e. WCAG). Issues encountered are classified as follows:

- **Critical**: This issue results in blocked content for individuals with disabilities. Until a solution is implemented, content will be completely inaccessible, making



your organization highly vulnerable to legal action. Remediation should be a top priority. Typically, these issues affect screen reader users.

- **High**: This issue results in serious barriers for individuals with disabilities. Parts of the user flow associated with the digital asset are not accessible. Until a solution is implemented, some content will be inaccessible, making the organization vulnerable to legal action. Users relying on assistive technology will experience significant frustration when attempting to access content. Remediation should be a priority.

- **Low:** This is considered an accessibility issue that yields less impact for users than a High issue.

A comprehensive summary of this evaluation will detail what was tested, the specific WCAG issues found, explain why it is inaccessible, and provide high-level remediation recommendations, along with code-level snippets with visual examples to help inform Client's team on how it can achieve and maintain the targeted level of WCAG conformance.

## 03 Accessibility Program Management and Remediation Support

TheLevel Access program model includes support for Clients' digital teams and technology partners during Client remediation efforts, including advisory services, recommendations and ongoing technical guidance through Level Access's Platform.

Level Access will assign an Accessibility Excellence team to work with Client. The team will establish Quarterly Business Reviews with relevant stakeholders to ensure progress updates are reflected, to determine any support with blockers, and provide updates with new and emerging legislation. Through the use of the Level Access Platform, Client has access to ongoing support through integration into the CI/CD Development Lifecycle and access to Level Access's technical experts to answer questions through Level Access dedicated technical support email.

The Accessibility Excellence team will work with Client stakeholders (eg, business analysts, product owners, visual designers, user experience professionals, developers and testers) to guide, provide feedback, and make recommendations as



related to accessibility best practices in order to meet Client's accessibility requirements and ensure an accessible and usable experience for all.

Additionally, to support Client's active remediation efforts, Level Access will:

- Provide a progression test (retest after the fixes are incorporated from the initial evaluation report provided by Level Access, to confirm Client's digital team have remediated the accessibility issues);

- Deliver continuing support post-review through real-time access through Level Access's accessibility experts on the Platform; and

- Create an Accessibility Statement and continuously update Client's Conformance Report as remediation efforts progress and are verified with the progression test.

## 04 Legal Complaint Resolution Support

A key component of Level Access's program is legal support. With experience and industry expertise from its attorneys, Level Access's legal team can provide pertinent and helpful information to Client's legal counsel. Level Access can also assist Client with evaluation of claims alleged in litigation and provide documentation that addresses claims and/or Client's current state of accessibility. This information, evaluation, and documentation of legal support is made available to Client as part of Level Access's program. This information can potentially help Client's legal counsel mitigate settlement fees, negotiate more favorable terms with plaintiffs' counsel, or have claims withdrawn or dismissed.

Other core deliverables supported by Level Access's legal team include:

- **Accessibility Statement:** Level Access will draft an Accessibility Statement for Client. The Statement will address Client's ongoing commitment to digital accessibility and compliance with applicable regulatory standards. The Statement will also speak to the Client's desired level of WCAG conformance. The Statement will be developed by Level Access's legal team and subject matter experts in cooperation with Client and, upon request, will be updated to ensure the Statement accurately represents Client's ongoing efforts.



- **Accessibility Validation:** Accessibility Validation may be issued when a Client's digital asset is not yet fully WCAG conformant but Client has made significant progress in improving the accessibility of Client's asset. Validation will include all accessibility features that Client has incorporated into Client's digital asset.

- **Conformance Statement:** A Conformance Statement may be issued by Level Access once predetermined primary page layouts and user flows for Client's digital asset reach full conformance with a desired WCAG version and conformance level (e.g., WCAG 2.1 AA). A Conformance Statement can only be issued after successful remediation for all outstanding accessibility issues on Client's digital asset.

- **Digital Accessibility Certification:** Upon Client's request, a Level Access Digital Accessibility Certification may also be issued along with a Conformance Statement once predetermined primary page layouts and user flows for Client's digital asset reach full conformance with a desired WCAG version and conformance level (e.g., WCAG 2.1 AA).



## 05 Level Access Icon & Assistive Technology

Subject to Level Access's use guidelines and quality control requirements, Level Access grants Client the right and license to feature and utilize the Level Access icon and assistive technology on all owned and operated digital assets to enhance the user experience and ensure no one with a disability is left behind. This internationally recognized wheelchair/computer symbol is a:

- Communication support and auxiliary aid for those who require assistive technology;

- Readily understandable/intelligible representation of, and link to Client Accessibility Statement; and

- Meaningful/authentic expression of Client's brand purpose and commitment to meeting the needs of the consumer and employee segment.

Level Access developed the assistive technology to assist end users who have difficulty typing, gesturing, speaking, moving a mouse or reading a screen that can



arise from conditions such as stroke/paralysis, arthritis, Multiple Sclerosis (MS), Parkinson's disease, Cerebral Palsy (CP), dyslexia, visual impairment and literacy deficiencies among others. It incorporates tools such as mouse and keyboard replacements, touch-free navigation, speech enablement, and more, which empowers users, job seekers and employees to overcome their challenges and access Client's family of digital assets with ease. Best practices call for prominent display so that it is easily findable by visitors with any type of physical, sensory or cognitive limitation.

## 06 Level Access Academy - Online Web Accessibility Training and Enablement

Level Access will deliver enablement training to meet Client's needs and objectives. As part of the core program, the training will be delivered on-line as self-serve module training. Level Access's primary objective is to provide content to optimize the accessibility experience for the end user by ensuring knowledge transfer to Client's digital teams throughout the development lifecycle.

Level Access is able to provide varying levels of coursework that can consist of training manuals and reference materials such as Checklists, Resource Guides, Playbooks (as defined in the Order Form), Templates (such as Style Guides and Contrast), Best Practices, and Implementation Processes.

Key courses as part of Level Access's online learning library include Accessibility Fundamentals, Developer and QA Training, Designer and Content Training. Additional role-based training can be added to the core program customized to Client's needs.

## 07 Design Evaluations

Improve efficiency and mitigate legal risk by reducing accessibility barriers before development work begins. Design Evaluations identify accessibility issues rooted in the design of a digital property. Each evaluation offers insights by designers, for designers, and provides immediately actionable feedback.

## 08 PDF Accessibility Checker

Perform an automated scan at any time using the market's most advanced technology to get an instant snapshot of the accessibility health of your PDFs.



## 09 Enterprise Single Sign-On

Benefit from heightened security and organizational efficiency with our Single Sign-On capability. Your team can access the Level Access Platform once they are logged into your organizations' identity provider system.

## 10 VPATs

Level Access will provide a Voluntary Product Accessibility Template (VPAT) for Clients who have a platform or software solution/application. When complete, a VPAT is referred to as an Accessibility Conformance Report (ACR), an important report that provides Clients a detailed view of the accessibility of their product that they can socialize when requested by a third party. Level Access will determine, in collaboration with Client, the personas that will be covered within the evaluation, to be able to create the VPAT, with a clearly defined roadmap within the document on Client's plan to address all "Non-Support" sections of the appropriate WCAG success criteria. The Client can add further support on the Order Form base package, including Level Access's support for the Client RFP responses pertaining to WCAG questions.

## 11 PDF Remediation

Clients will have the ability to add PDF document remediation and source file template remediation to the Level Access Program. The PDF document remediation workflow sequence ensures each page in the document is validated against the final eA document checklist – reading order, alt-text, bookmarks, headings, table coding, etc.

## 12 Video Captioning and Transcription

Client will have the ability to add to the Level Access Program, as stated in the Order Form, video captions, transcripts and audio/video descriptions for video content that is contained in Client's digital assets.



## Order Form

| | |
|---|---|
| Customer: Moscot | Date: 3/23/23 |
| Address: 108 Orchard St New York, New York 10002 | Level Access Contact: Allison Norton |
| Attention: Alara Aktan | Email: allison.norton@levelaccess.com |
| Contact: alara@moscot.com | Quote Expiration: 3/31/23 |

| Description | Term | Annual Subscription Fee |
|---|---|---|
| Level Access Compliance Program | 12 Months from the Subscription Start Date (5/15/23) | $20,000 USD / Annually |

The Annual Subscription Fee will be billed annually in advance. Customers will have access to the components listed below as part of Level Access's Compliance Program.

### Components:

**1. Level Access Platform / System of Record**
   a. Portfolio
   b. Web accessibility monitoring
   c. On-demand Web accessibility Automated testing
   d. Developer and Tester Tools
   e. Level Access Accessibility Checker
   f. Up to 50 pages of PDF testing included
   g. Remediation Tracking
   h. Reports & Dashboards for manual and automated evaluations

| | |
|---|---|
| **2. Digital Accessibility Manual Evaluations** <br> Agile Tests- Can be used against any manual testing or design evaluation. | Up to 3 Agile Tests |
| **3. Accessibility Program Management and Remediation Support** | Included |
| **4. Legal Complaint Resolution Support** | Included |
| **5. Level Access Icon and Assistive Technology** | Included |
| **6. Level Access Academy - Online Web Accessibility Self-Service Training and Enablement** | 20 Seats Included |

**TABLE 1: Digital Asset(s)**

moscot.com



This Order Form is entered into between Level Access and the Customer listed above ("Customer") and shall become effective upon the date of signing by Customer (the "Effective Date"). All fees defined in the Order Total will be billed upon the date of the signature of the client. Subscription Start Date is May 15, 2023, and any payments for subsequent years will be billed on the anniversary date of the effective date. This Order Form is governed by and hereby incorporates by reference the terms and conditions of the Terms (located at https://www.levelaccess.com/level-access-master-services-agreement-msa/#terms-US), unless the parties have negotiated alternate terms governing the subject matter set forth herein, in which case, those negotiated terms shall replace the Terms and are hereby incorporated by reference (collectively referred to as the "Agreement"). There will be no force or effect to any different terms of any related purchase order or similar form even if signed by the parties after the date hereof. Each party's acceptance of this Agreement was and is expressly conditional upon the other's acceptance of the terms contained in this Agreement to the exclusion of all other terms.

**Level Access:**

By:

Name:

Title:

Date:

**Moscot:**

By:

DocuSigned by:

Sarah Taghizadeh

5A11BC256CB9404

Name:

Title: Marketing Director

Date: 3/31/2023