

# Claims Evaluation Report



# Claims Evaluation Report

## Introduction

This document provides an evaluation of accessibility claims made regarding: **https://moscot.com/**

Date of the demand claim's documentation: **June 8, 2024**

**Testing Environment**

The demand may include information about the screen reader used and/or the purpose of the visit. If this information is available, the Level Access tester will utilize it to select the appropriate device combination and user journey. If this information is not provided, the Level Access tester will follow our standard testing practices to complete the evaluation.

**Device Combination:** Windows, Chrome, NVDA. (Plaintiff | Level Access)
**User Journey:** Purchase a pair of Gelt Sun sunglasses. (Plaintiff | Level Access)

**List of screens evaluated:**
1. Home Page (https://moscot.com/)
2. PLP Page (https://moscot.com/collections/eyeglasses)
3. PDP Page (https://moscot.com/products/gelt-sun)
4. Cart Page (https://moscot.com/cart)



Privileged & Confidential

## Evaluation Key

Claims vary in detail, which can impact the certainty of our evaluations. Despite the variation in the quality of claims, we will do our best to provide a clear, accurate, and fair interpretation of the claims and their impact. We strive to interpret each claim with the assistive technology user in mind, aiming to provide an understanding of the challenges they face. When possible, we will include relevant WCAG Success Criteria (SC) to provide a basis for further investigation.

For each claim, we assign one of four possible test outcomes:

- **Confirmed**: There is evidence to support the existence of the issue as stated in the claim.
- **No issue could be found**: We are unable to find evidence to support the existence of the issue as claimed.
- **Not applicable**. The claim is not relevant because it falls outside of WCAG **2.2** A & AA success criteria or similar guidelines.
- **Cannot confirm whether an issue exists**: There is a possibility that an issue exists; however, we cannot confirm this due to the lack of clarity in the claim.

## Summary of findings

Level Access reviewed **6 total claims** made by the Plaintiff.

Out of the claims made:

- **1** claim **Confirmed**
- **3** claims **No issue could be found**
- **1** claim **Not applicable**
- **1** claim **Unclear and could not be confirmed**



Privileged & Confidential

3

## Claims

**{Digital Asset Evaluated}**

| Claim Detail | Test Outcome | Screenshot | Comment | Status |
|---|---|---|---|---|
| **44. The Website contains access barriers that prevent free and full use by the Plaintiff using keyboards and screen-reading software. These barriers include but are not limited to: missing alt-text, hidden elements on web pages, incorrectly formatted lists, unannounced pop ups, unclear labels for interactive elements, and the requirement that some events be performed solely with a mouse.** | **Confirmed** | https://app.screencast.com/l6vmC0aBCOC26 | This is an overly broad statement that is acting more of a summary than an actual claim. Without specifics we cannot confirm if an issue exists. Testers did attempt to find things relevant here and found one issue falling under this general statement, hidden elements.<br><br>• missing alt-text – see issue 46<br>• hidden elements on web pages – Cart content is read when the cart is closed<br>• incorrectly formatted lists – did not encounter<br>• unannounced pop ups – did not encounter<br>• unclear labels for interactive elements – did not encounter<br>• some events be performed solely with a mouse – did not encounter<br><br>Despite this issue, it does not prevent or hinder the user from purchasing a product.<br><br>**Expected Behavior**<br><br>Content hidden from all users needs to be hidden from screen readers as well, until it is opened. | FIXED 4/8/25<br><br>https://app.screencast.com/qMGclwYxDOR40<br><br>https://app.screencast.com/4XbGiIm08dfjT |
| **45. The Website also contained a host of broken links, which is a hyperlink to a non-existent or** | **Not applicable** | N/A | Broken links are outside the scope of WCAG. While annoying and frustrating, this is not a violation of the WCAG standards. | Done |



Privileged & Confidential

4

| Claim Detail | Test Outcome | Screenshot | Comment | Status |
|---|---|---|---|---|
| empty webpage. For the visually impaired this is especially paralyzing due to the inability to navigate or otherwise determine where one is on the website once a broken link is encountered. | | | **Expected Behavior**<br><br>Broken links should be repaired or removed when found. | |
| 46. Specifically, on the desired product page, different images on the website have the same alternative text. Unique alternative text should be provided for different angles of the same product. Using the same alternative text on adjacent images does not convey the context of images and results in screen readers stuttering as the same text is read out twice. | No issue could be found | https://app.screencast.com/Lz6tQHyMrz0Y1<br><br>https://app.screencast.com/s6go6v49HSLr4 | Testers found that the product photos had relevant and accurate alternative text.<br><br>Testers also note (second screenshot), they found the social media feed lacking alternative text. Ideally, these would use the captions of the post as alternative text. However, this is user generated content you are hosting. As such it falls outside the requirements of WCAG. | Done |
| 47. Furthermore, sub-menu elements of the navigation menu are not accessible from the keyboard. The user cannot access the sub-menu and use 'tab' or 'arrow' keys to select items. The website has functionality that is dependent on the specific devices such as a | No issue could be found | https://app.screencast.com/bnXNcc1drbQHF | Testers found that upon landing on the main navigation the controls announced itself as expandable. Pressing enter opened the submenu and tab was able to traverse the contents. | Done |



Privileged & Confidential

| Claim Detail | Test Outcome | Screenshot | Comment | Status |
|---|---|---|---|---|
| mouse, and is not available to the assistive technology users | | | | |
| 48. Additionally, moving content has no mechanism to pause or stop the movement. The mechanism should be provided to allow the user to read moving content in a static window/area. The mechanism must be accessible to the assistive technology and keyboard. | No issue could be found | https://app.screencast.com/LuL0eYf6PnMYc | Testers found that there is a play/pause button immediately following the Next button in the tab order. This button does in fact allow the user to pause the rotating offers . | Done |
| 49. Finally, non-interactive element was marked up as keyboard focusable element (tabindex="0" was applied). Legally blind users will not be able to determine the purpose of the element, since it is not actually interactive and does not have "role" attribute. Furthermore, tabbing through the additional focusable elements requires extra effort from the assistive technology users to navigate and find content of interest on the website. | Cannot confirm whether an issue exists | N/A | Testers could not confirm an issue during the testing. However, due to the nature of ecommerce sites with hundreds of products, it isn't always possible to find each incident.<br><br>**Expected behavior**<br><br>Some libraries will use tabindex="0" to add hooks for where their skip links land. This is an improper method as it usually places you on content that is not interactive. It is better to add a tabindex="-1" | Done |

 Privileged & Confidential

**Important:** This evaluation focuses on specific areas of the site relevant to the claims made and is not exhaustive; it does not encompass all potential accessibility issues present on the site in question. There may be additional accessibility issues that exist but are not listed above. While this website may contain various accessibility issues per **WCAG 2.2 A & AA**, this does not necessarily imply that the website is completely inaccessible or ineffective in facilitating communication for users with disabilities.

The results are based on an assessment of **https://moscot.com/** as it existed on **03/14/2025.**

Level Access Accessibility Tester:

**Nat Tarnoff**
**Principal Accessibility Consultant**

Updated: 4/8/2025 by Nat Tarnoff



Privileged & Confidential

7