**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLAY LEE JONES, on behalf of himself and all others similarly situated, | Case No. 25-cv-1843 (JPO) |
| *Plaintiff,* | |
| v. | |
| MOSCOT.COM, LLC, | |
| *Defendants.* | |

I, Anna Iskikian, declare as follows:

1.      I am an attorney duly licensed to practice law before this Court. I am counsel to Defendant Moscot.com, LLC, ("Moscot" or "Defendant") in the above-captioned case. I am over 18 years of age and not a party to this lawsuit. I make this declaration based on my personal knowledge of the events stated herein and upon documents that I have reviewed in connection with this lawsuit.

2.      On April 29, 2025, I conducted a search for Plaintiff Clay Lee Jones ("Jones") on PACER. The search result for "Jones" revealed twenty-five (25) lawsuits filed by Jones in this Judicial District. Attached as **Exhibit 1** is a true and correct copy of the PACER search conducted on April 29, 2025.

3.      All 25 lawsuits filed by Jones are class action website accessibility complaints alleging three identical causes of action: (1) Violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 *et seq.* (ADA); (2) Violations of the New York City Human Rights Law, N.Y.C. Admin. Code § 8-101 *et seq.* (NYCHRL); and (3) Declaratory Relief. The Complaints are, in large part, exactly identical and otherwise substantially identical or similar to one another. Put another way, these are "mad-libs" style, template complaints, whereby a few spaces are allocated to fill in

1

general facts about each defendant and the products and/or services sold by such defendant. The fill-in-the-blank paragraphs of these complaints allege a small assemblage or "menu" of general accessibility issues.

4.　On March 5, 2025, alone, in addition to the Complaint he filed against Moscot in the instant action, Jones filed four other class action website accessibility complaints. Attached as **Exhibits 2**, **3**, **4**, and **5** are the complaints dated March 25, 2025, as against Promenade Group, Inc., Rebel Rags, LLC, Royal-TL, Inc., and JH Wall Paints, respectively.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:　May 1, 2025
　　　　　　　Brooklyn, New York

_____
　Anna Iskikian