# Select A Case

**Clay Lee Jones is a plaintiff in 25 cases.**

| 1:24-cv-05867-AT | Jones v. Dita, Inc. | filed 08/01/24 | closed 11/18/24 |
|---|---|---|---|
| 1:24-cv-05869-KPF | Jones v. IICombined U.S.A., Inc. | filed 08/01/24 | closed 01/23/25 |
| 1:24-cv-08338-JAV-GS | Jones v. The Ski Hut, Inc. | filed 11/01/24 | closed 02/20/25 |
| 1:24-cv-08347-LGS | Jones v. Barefoot Creations, LLC | filed 11/01/24 | closed 01/17/25 |
| 1:24-cv-08349-DEH-HJR | Jones v. American Giant, Inc. | filed 11/01/24 | closed 01/14/25 |
| 1:24-cv-09068-MKV | Jones v. Little Greene Corporation | filed 11/26/24 | closed 02/13/25 |
| 1:24-cv-09069-KPF | Jones v. Brain Dead Amusements, LLC | filed 11/26/24 | |
| 1:24-cv-09072-GHW | Jones v. Nobull, LLC | filed 11/26/24 | closed 01/15/25 |
| 1:24-cv-09224-AS | Jones v. My Turtle Store, LLC | filed 12/03/24 | closed 03/11/25 |
| 1:24-cv-09225-VEC | Jones v. Nature's Way Brands, LLC | filed 12/03/24 | closed 02/18/25 |
| 1:24-cv-09227-MMG | Jones v. Feit Industries, LLC | filed 12/03/24 | |
| 1:24-cv-09232-JGK | Jones v. RCW, Inc. | filed 12/03/24 | closed 02/28/25 |
| 1:24-cv-10039-JLR | Jones v. Davie Group Trading (USA), Inc. | filed 12/31/24 | closed 03/18/25 |
| 1:24-cv-10040-AT | Jones v. Yummy Bazaar, Inc. | filed 12/31/24 | closed 02/18/25 |
| 1:24-cv-10042-JPO | Jones v. Nomatic, Inc. | filed 12/31/24 | closed 04/04/25 |
| 1:25-cv-01839-MMG | Jones v. Promenade Group, Inc. | filed 03/05/25 | |

1:25-cv-01841-JLR          Jones v. Rebel Rags, LLC                    filed 03/05/25

1:25-cv-01842-MMG          Jones v. Royal-TL, Inc.                     filed 03/05/25

1:25-cv-01843-JPO          Jones v. Moscot.com, LLC                    filed 03/05/25

1:25-cv-01845-JGK          Jones v. JH Wall Paints                     filed 03/05/25   closed 04/03/25

1:25-cv-02688-JPC          Jones v. Greats Brand, Inc.                 filed 04/01/25

1:25-cv-02689-JMF-VF       Jones v. The Serpentarium, LLC              filed 04/01/25

1:25-cv-02690-VSB          Jones v. Sunwarrior Ventures, LLC           filed 04/01/25

1:25-cv-02692-MKV          Jones v. Weby Corp.                         filed 04/01/25

1:25-cv-02693-GHW          Jones v. Bulletproof 360, Inc.              filed 04/01/25

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/29/2025 21:01:32 | | | |
| **PACER Login:** | AIskikian | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Jones First Name: Clay |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |