**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 CLAY LEE JONES, on behalf of himself
and all others similarly situated,

                                    Plaintiff,

                -against-                                                25 **CIVIL** 1843 (JPO)

                                                                        **JUDGMENT**

MOSCOT.COM, LLC,

                                    Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 5, 2026, Moscot's motion to dismiss is

GRANTED. The claims against Moscot are dismissed without prejudice; accordingly, the case is

closed.

**Dated:** New York, New York

        March 8, 2026

                                                        **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**

                                BY:             K. mango
                                                _____
                                                        **Deputy Clerk**